

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-10,271-20

### EX PARTE ROBERT GORDON, Applicant

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NUMBER 13,472
### IN THE 12TH JUDICIAL DISTRICT COURT WALKER COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault and sentenced to ninety-nine years' imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Gorgon v. State*, No. 14-86-00460-CR (Tex. App.–Houston[14th], June 4, 1987).

After a review of the record, we find that Applicant's claim regarding his parole review is without merit. Therefore, we deny relief.

All of Applicant's other claims are dismissed as subsequent. TEX. CODE CRIM. PRO. Art. 11.07 §4.

Filed: November 26, 2014
Do not publish